U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT

2025 FEB 20 PM 4:24

FOR THE DISTRICT OF VERMONT

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case. No.: 2:24-cr-00099 -1-2-3 |
| ) | |
| THEODORE BLAND, ) | |
| JUSTIN DOUGLASS, and ) | |
| DILAN JIRON, ) | |
| Defendants ) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about September 7, 2023, and on or about October 15, 2023, the defendants, THEODORE BLAND, JUSTIN DOUGLASS, and others known and unknown to the Grand Jury, knowingly and willfully conspired to distribute cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C))

## COUNT TWO

On or about October 12, 2023, in the District of Vermont, the defendant, THEODORE BLAND, knowingly and intentionally possessed with intent to distribute cocaine base and fentanyl, both Schedule II controlled substances.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

## COUNT THREE

On or about October 12, 2023, in the District of Vermont, the defendant, THEODORE BLAND, knowingly used and carried a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a Court of the United States, namely, the offenses charged in Counts One and Two.

During the commission of the above-described offense, on October 12, 2023, in the District of Vermont, THEODORE BLAND discharged the firearm.

(18 U.S.C. § 924(c)(1)(A)(i)&(iii))

## COUNT FOUR

On or about October 12, 2023, in the District of Vermont, the defendant, THEODORE BLAND, knowingly used, carried, and discharged a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a Court of the United States, namely, the offenses charged in Counts One and Two.

During the commission of the above-described offense, on October 12, 2023, in the District of Vermont, THEODORE BLAND caused the death of Jahim Solomon through the use of the firearm, which killing was a murder as defined in Title 18, United States Code 1111, in that the defendant with malice aforethought, unlawfully killed Jahim Solomon by shooting him with the firearm.

(18 U.S.C. §§ 924(c)(1)(A)(i)&(iii), 924(j), 1111)

## COUNT FIVE

On or about October 12, 2023, in the District of Vermont, the defendant, THEODORE BLAND, knowingly used, carried, and discharged a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a Court of the United States, namely, the offense charged in Counts One and Two.

During the commission of the above-described offense, on October 12, 2023, in the District of Vermont, THEODORE BLAND caused the death of Eric White through the use of the firearm, which killing was a murder as defined in Title 18, United States Code 1111, in that the defendant with malice aforethought, unlawfully killed Eric White by shooting him with the firearm.

(18 U.S.C. §§ 924(c)(1)(A)(i)&(iii), 924(j), 1111)

## COUNT SIX

On or about October 12, 2023, in the District of Vermont, the defendant, DILAN JIRON, knowing an offense against the United States had been committed, to wit, that defendant, Theodore Bland, knowingly used and carried a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a Court of the United States, namely, the offenses charged in Counts One and Two, and that during the commission of those offenses the firearm was discharged and resulted in the killings of Jahim Solomon and Eric White, as alleged in Counts Four and Five, did receive, relieve, comfort, and assist the offender, Theodore Bland, in order to prevent the offender's apprehension, trial, and punishment.

(18 U.S.C. § 3)

A TRUE BILL

FOREPERSON

*Michael P. Drescher* Jy JMT
MICHAEL P. DRESCHER (JMT/PJV)
Acting United States Attorney
Burlington, Vermont
February 20, 2025

6